IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 16-cr-112

**UNITED STATES** OF AMERICA,

    Plaintiff,

v.

1. LAURA BALE

    Defendant.

_____

**DEFENDANT'S SENTENCING MEMORANDUM AND MOTION FOR NON-GUIDELINE SENTENCE**
_____

**INTRODUCTION**

1. In *United States v. Booker*, 125 S.Ct 738 (2005), the Supreme Court held that the sentencing guidelines are advisory only and not mandatory; rather, the factors set forth in 18 U.S.C. § 3553(a) must be considered in fashioning the appropriate sentence. *Id.* at p. 790. Under the advisory Guidelines scheme, "district courts have a freer hand in determining sentences." *U.S. v. Trujillo-Terrazas*, 405 F.3d 814, 819 (10th Cir.2005).

2. Based on an application of the factors set forth in 18 U.S.C. §3553(a), the Defendant will be asking this Court to sentence her to 5 years of probation.

**SPECIFICS THAT JUSTIFY A 5 YEAR PROBATIONARY SENTENCE**

3. Ms. Bale echoes and adopts the reasoning put forward in the Government's § 5K1.1 Motion and Recommendation for Probation Sentence. (ECF Doc. 17).

4.      Ms. Bale's sentencing range under the Advisory Guidelines is a level 10 with a Criminal History Categories of 1.  The Government has moved for an unspecified reduction of the Guidelines range pursuant to § 5K1.1.  The resulting offense level is, at the highest, 8 with a resulting advisory range of 0-6 months in Zone A, allowing for sentence of probation.

5.      In this case, and pursuant to 18 U.S.C. § 3353(a), no incarceration is warranted, and the Court should sentence Ms. Bale to a five year term of probation based on Ms. Bales lack of a significant prior record, and her efforts to accept responsibility for her actions and give valuable assistance to the government.

6.      Even without the benefit of the Government's § 5K1.1 motion the court should sentence Ms. Bale to a probationary sentence.  Ms. Bale's sentence, in the absence of a departure motion, falls in Zone B of the Sentencing Guidelines.  As such, the Court is free to sentence Ms. Bale to a term of probation and home confinement.  However, given Ms. Bale's absence of a prior criminal record, her lifestyle, and nature of the crime home confinement would be unnecessary to accomplish the purposes established in 18 U.S.C. 3553(a).  In short the Court would certainly not be imposing an outrageously lenient sentence if it simply choses to enter a variant sentence.

        WHEREFORE, it is respectfully requested that Ms. Bale be sentenced to five years of probation.

S/ Michael David Lindsey
Michael David Lindsey
David Lindsey, Attorney at Law
7887 E. Belleview, Ave. Suite 110
Englewood, CO 80111
Telephone: (303) 228-2270
FAX: (303) 228-2271
E-mail: david@mdavidlindsey.com
Attorney for Defendant Bale

# CERTIFICATE OF MAILING

I hereby certify that a copy of the foregoing was filed using the court's ECF system on July 19, 2016 addressed to the following:

David Tonini
Assistant United States Attorney

_S/ M. David Lindsey_____
M. David Lindsey
7887 E. Belleview Ave.
Suite 1100
Englewood, CO 80111
303-228-2270
303-228-2271